# GUSRAE KAPLAN NUSBAUM PLLC

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| RICHARD DEVITA<br>TIMOTHY FEIL<br>SCOTT H. GOLDSTEIN<br>MARTIN H. KAPLAN<br>LAWRENCE G. NUSBAUM<br>KARI PARKS | 120 WALL STREET – 25TH FLOOR<br>NEW YORK, NEW YORK 10005<br><br>425 BROADHOLLOW ROAD<br>SUITE 300<br>MELVILLE, NEW YORK 11747 | OF COUNSEL<br>ROBERT L. BLESSEY |

TEL. (212) 269-1400
FAX (212) 809-4147

www.gusraekaplan.com

March 8, 2024

**Via ECF**
The Honorable Thomas M. Durkin
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670

      RE: <u>Cabot Lodge Securities, LLC v. Stoltmann Law Offices, P.C.</u>, No. 1:23-cv-15851

Dear Judge Durkin:

      I represent Plaintiff "**Cabot**" Lodge Securities, LLC in the above-captioned action and write to respectfully request that the Court strike Docket #14, which I filed in error. <u>See</u> Dkt. 14, Stipulated Confidentiality Order (Mar. 8, 2024).

      On February 21, 2024, I filed a motion for protective order, to which the parties had agreed. <u>See</u> Dkt. 12 (Feb. 21, 2024). The Court signed and entered that protective order on February 22, 2024. Dkt. 13 (Feb. 22, 2024). Early this morning, I mistakenly refiled Docket #12 as Docket #14. I apologize for the inconvenience and respectfully request that the Court strike Docket #14. Thank you.

                                                   Respectfully submitted,

                                                   <u>/s/ Kari Parks</u>
                                                   Kari Parks

CC: All counsel of record (via ECF)