# GUSRAE KAPLAN NUSBAUM PLLC

ATTORNEYS AT LAW

| | | |
|---|---|---|
| RICHARD DEVITA | 120 WALL STREET – 25TH FLOOR | OF COUNSEL |
| TIMOTHY FEIL | NEW YORK, NEW YORK 10005 | ROBERT L. BLESSEY |
| SCOTT H. GOLDSTEIN | | |
| MARTIN H. KAPLAN | | |
| LAWRENCE G. NUSBAUM | 425 BROADHOLLOW ROAD | |
| KARI PARKS | SUITE 300 | |
| | MELVILLE, NEW YORK 11747 | |

TEL. (212) 269-1400
FAX (212) 809-4147

www.gusraekaplan.com

April 16, 2024

**BY ECF**
The Honorable Thomas M. Durkin
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670

      RE: <u>Cabot Lodge Securities, LLC v. Stoltmann Law Offices, P.C.</u>, No. 1:23-cv-15851

Dear Judge Durkin:

      I represent Plaintiff "**Cabot**" Lodge Securities, LLC in the above-captioned action and write jointly with counsel for Defendant "**Stoltmann**" Law Offices, P.C. to respectfully request that the Court extend the deadlines for the scheduled events by three months due to "**Mediation**" in a related FINRA "**Industry Arbitration**," which is scheduled for June 18, 2024 and may resolve certain issues in this federal court action.

      In the Industry Arbitration, Cabot has sued non-party Ann Louise Werts for breaching her contractual and statutory confidentiality obligations to Cabot. Dkt. 1, Compl. ¶ 17 (Nov. 10, 2023). In this federal action, Cabot has sued Stoltmann in federal court for inducing Ms. Werts's breaches. <u>Id.</u> ¶ 17. Defendant denies both of these allegations. <u>See generally</u> Dkt. 18, Amended Answer (March 29, 2024). Extending the remaining deadlines in this federal action pending the Mediation may minimize costs and, potentially allow the parties in this federal action to avoid the burdens of fact and expert discovery, including depositions.

Gusrae Kaplan Nusbaum PLLC

The Honorable Thomas M. Durkin
April 16, 2024
Page 2

Accordingly, the Parties respectfully request that the Court adjourn all remaining deadlines by three months, making their new dates:

- Amended pleadings due: August 5, 2024
- Opening expert reports: August 19, 2024
- Rebuttal expert reports: by September 3, 2024
- Expert Liability Discovery: September 16, 2024
- Liability discovery: October 15, 2024
- Expert Damages Discovery: November 14, 2024

In addition, the Court has set a telephone status hearing for May 3, 2024.

Besides the above dates, Cabot also has promised to make its initial document production no later than May 17, 2024.

Thank you for considering the Parties' extension request.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

CC: All counsel of record (via ECF)